# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| VINTON ANTONIO GRANT, II | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:25-cv-555 |
| | ) JURY DEMANDED |
| LAMBCON, INC., and | ) |
| BRADLEY CONCRETE CO., INC., | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF ENTRY OF APPEARANCE

Comes now Attorney Laura Bassett with the firm Leitner, Williams, Dooley & Napolitan,

PLLC, and hereby gives notice of her appearance as additional counsel of record for Defendants,

Lambcon, Inc. and Bradley Concrete Co., Inc., without waiving any available defenses.


Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY**
  **& NAPOLITAN, PLLC**


By:  */s/ Laura E. Bassett*
      **Anthony M. Noel**
      BPRN 018828
      **Laura E. Bassett**
      BPRN 035936
      750 Old Hickory Boulevard
      Building One, Suite 200
      Brentwood, Tennessee 37027
      (615) 255-7722
      Email:  tony.noel@leitnerfirm.com
             laura.bassett@leitnerfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record:

Jennifer B. Morton
Summer H. McMillan
Jennifer Morton Law, PLLC
8217 Pickens Gap Road
Knoxville, Tennessee 37920
jen@jmortonlaw.com
summer@jmortonlaw.com

this the 28th day of January, 2026.

By: /s/ Laura E. Bassett
**Laura E. Bassett**